IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:21cr190-MHT
                            )           (WO)
SHAYLA DENISE MOORER        )
```

### ORDER

Upon consideration of the probation officer's request for early termination of defendant Shayla Denise Moorer's probation, the probation officer's report describing Moorer's successful compliance with all terms of probation for more than one year, as well as her stable employment and overall community reintegration, and the probation officer's indication that the government does not oppose the motion, it is ORDERED that:

(1) The motion for early termination of probation (Doc. 1320) is granted.

(2) Defendant Shayla Denise Moorer's probation is terminated effective immediately, and she is discharged.

DONE, this the 6th day of July, 2023.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE